Rigoberto **AGUILAR–TURCIOS,**
Petitioner,

v.

Eric H. **HOLDER, JR.,** Attorney
General, Respondent.

No. 06–73451.

United States Court of Appeals,
Ninth Circuit.

Sept. 10, 2013.

David Belaire Landry, Esquire, Law Office of David Landry, San Diego, CA, for Petitioner.

OIL, Andrew C. MacLachlan, Senior Litigation Counsel, Bryan Stuart Beier, Senior Litigation Counsel, Robert Markle, Senior Litigation Counsel, Holly Smith, Senior Litigation Counsel, U.S. Department of Justice Washington, DC, ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Agency No. A045–301–132.

Before WILLIAM A. FLETCHER, RICHARD A. PAEZ, and JAY S. BYBEE, Circuit Judges.

**ORDER**

The opinion filed on August 15, 2012, and reported at *Aguilar–Turcios v. Holder,* 691 F.3d 1025 (9th Cir.2012), is withdrawn. The opinion shall not be cited as precedent by or to any court of the Ninth Circuit. A new opinion will be filed in due course. As the court's opinion is withdrawn, the government's petition for rehearing is moot.